

MAY 3 0 2017

Clerk, U.S District Court
District Of Montana
Great Falls

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the
District of Montana

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Information Associated with Facebook User Name "Matthew Grant" with User ID 100007689099543 that is Stored at Premises controlled by Facebook

Case No. MJ-17-19-GF-JTJ

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the State and District of Montana *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before May 16, 2017 *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Hon. John Johnston .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for ________ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of ____________ .

Date and time issued: 5/2/2017 9:35 AM

John Johnston
*Judge's signature*

City and state: Great Falls, Montana

Hon. John Johnston, U.S. Magistrate Judge
*Printed name and title*

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ-17-19-GF-JTJ | 05/02/2017 0:00 am | N/A |

Inventory made in the presence of :
N/A

Inventory of the property taken and name of any person(s) seized:

The warrant was served on Facebook, via their Law Enforcement Online Requests website on 05/02/2017.

Special Agent (SA) Paul Drew Scown II downloaded Facebook's production from the warrant on 05/25/2017 at approximately 11:00 AM, from Facebook's Law Enforcement Online Requests website and placed the results on a disk.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/25/2017

*Executing officer's signature*

Paul Drew Scown II, Special Agent, FBI

*Printed name and title*