**JEFFREY K. STARNES**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT 59403**
**119 First Ave. North, # 300**
**Phone:** (406) 761-7715
**FAX:** (406) 453-9973
**Email:** Jeff.Starnes@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| In Re: <br><br>**Various Sealed Search Warrants.** | MJ 17-53-GF-JTJ <br><br> **MOTION TO MAINTAIN CASES UNDER SEAL (PER STANDING ORDER No. BMM-17)** |
|---|---|

The United States, by and through Jeffrey K. Starnes, Assistant U.S. Attorney for the District of Montana, requests this Honorable Court to maintain the above-captioned case under seal permanently.

The above-captioned case relates to a sex-trafficking and drug investigation involving two minor females on the Blackfeet Indian Reservation. In furtherance of that investigation, the United States applied for several search warrants for

1

social media accounts belonging to the juvenile females as well as their mother. In those search warrant affidavits, several cooperating witnesses and informants were listed by name in order to facilitate the Court's determination of probable cause. The government thus moves to seal those papers permanently in order to prevent those individual's names from being readily discovered, which could cause unwarranted attention and damage to their reputation, as well as to maintain the privacy of the juveniles involved.

Finally, after further consideration, the United States withdraws its earlier-noted request to maintain case no. MJ 17-19-GF-JTJ under seal.

DATED this 17th day of February 2022.

LEIF M. JOHNSON
United States Attorney


*/s/ Jeffrey K. Starnes*
Assistant U.S. Attorney
Attorney for Plaintiff